IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO



FILED
UNITED STATES DISTRICT COURT
COLORADO

JUN 7 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00741-BNB

JAMES A. CHILDS,

   Plaintiff,

v.

JOE ORTIZ,
BARRY PARDUS,
DENNIS BURBANK,
RANDY FOSHEE,
WILLIAM RICHTER,
T. KEELER,
LT. HOLCOMB,
DONNA MURPHY, et al.,
M. WINDEN,
STEVE OWENS,
DONALD MCCALL,
J. BROWN,
SGT. SIMMONS,
K. MEYER,
PHIL MARMALEJO,
JULIE RUSSELL,
JASON ELSE,
ANTHONY DECESARO,
KAREN COOPER,
MICHAEL ARELLANO,
SHERYL HEBERT,
R. TWILLEGER, and
L. A. RAMIREZ,

   Defendants.

## ORDER REINSTATING CASE

Pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit filed on May 16, 2007, this civil action is reinstated in keeping with *Jones v.*

*Bock*, 127 S. Ct. 910 (Jan. 22, 2007). Accordingly, it is

ORDERED that this civil action is reinstated pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit filed on May 16, 2007. It is

FURTHER ORDERED that the document filed on May 25, 2007, titled "Application and Motion for Fees and Costs Award" is denied as premature.

DATED at Denver, Colorado, this 6 day of _____June_____, 2007.

BY THE COURT:

*[signature]*
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00741-BNB

James A. Childs
Prisoner No. 44876
Centennial Corr. Facility
P.O. Box 600 -Unit C2-6
Canon City, CO 81215

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  6-7-07

                                              GREGORY C. LANGHAM, CLERK

                                              By: _____
                                                        Deputy Clerk